PLAYER *v.* TARKINGTON, Sheriff, et al.

Where the right of parties who represent a corporation is not contested in the court below, it
cannot be examined on appeal.

Where a mortgage is not re-inscribed on the books of the register of mortgages within ten
years from the date of the first inscription, the inscription will cease to have effect.

APPEAL from the District Court of Madison, *Selby,* J.  *Amonett,* for the
plaintiff.  *Stacy* and *Sparrow,* for the appellants.  Tne judgment of the
court below was pronounced by

EUSTIS, C. J.  The plaintiff had an injunction against further proceedings
under an order of seizure and sale of a tract of land, situated in the parish of
Carroll, issued in the suit of the Bank of the United States against *James Erwin.*
The latter appeared in the district court, and joined the plaintiff in his action.
The district court made the injunction perpetual, and decreed the judgment
against *Erwin* and the mortgage which it enforced, to be annulled.  The parties
representing the bank of the United States have appealed.  Their right to repre-
sent the bank was not contested in the court below, and we think, cannot be ex-
amined on the appeal.

The plaintiff alleges himself to be a purchaser from *Erwin,* of the land on
which the mortgage was originally given.  The bank had obtained judgment
against *Erwin,* as a third possessor of it, ordering the land to be seized and sold
to satisfy the debt due to the bank from the mortgagor.  Pending this litigation,
*Player,* the plaintiff, made his purchase, and to prevent the sale of the land under
this judgment, the present injunction was granted.  The mortgage and note
which it secured bear date on the 4th February, 1836; the latter is payable on
the 1st January, 1839.  The mortgage has lost its effect for want of reinscription
within the ten years.  See the 'case of *Hyde* v. *Bennett,* 2 An. R. 799.

We see no sufficient ground for annulling the judgment rendered against
*Erwin,* and the judgment of the district court must be changed in that
respect.

It is therefore decreed that, the part of the judgment of the district
court, annulling the judgment against *James Erwin,* mentioned in the pleadings
in this case, be reversed, and, in other respects, that said judgment of the dis-
trict court, be affirmed; the defendants paying the costs in the district court,
those of the appeal to be paid by the defendants and *James Erwin,* each for one half.